FILED
4:20 pm Jun 11 2018
Clerk U.S. District Court
Northern District of Ohio
Toledo

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN THE MATTER OF COMPLAINT AND : 
ARREST WARRANT FOR : Case No. 3:18MJ5162
RICHARD LEE ROWOLD :

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

1. I, make this affidavit in support of an application for an arrest warrant for RICHARD LEE ROWOLD for the crime of Title 18, U.S.C. § 922(g)(1), being in possession of a firearm as a convicted felon.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information developed from the investigation.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that RICHARD LEE ROWOLD violated of 18 U.S.C. § 922(g)(1), being in possession of a firearm as a convicted felon.

5. On March 2, 2018, ATF Toledo Field Office executed a federal search warrant at 112 ½ Cory St., Findlay Ohio after receiving a National Instant Criminal Background Check System (NICS) delayed case #100J64NCR, regarding Steven J. ROBISON. The NICS delayed case #100J64NCR indicated that ROBISON received fifty (50) firearms (Anderson AR-15 lower receivers, serial numbers 18012600-18012649) on February 16, 2018, from Jaqua's Fine Guns Inc., a Federal Firearms License (FFL) in Findlay, Ohio 45840.

6. Upon execution of the aforementioned search warrant, ROBISON informed Special Agents of the ATF Toledo Field Office that he was no longer in possession of the firearms in question and had transferred them to a Richard ROWOLD of 908 Adams St. Apt. F Findlay, Ohio. ROBISON notified Special Agents that ROWOLD had told him that ROWOLD could not purchase firearms and that he would pay ROBISON $50.00 to fill out the paperwork for them. ROBISON stated that ROWOLD purchased the firearms online and had them shipped to Jaqua's Fine Guns in Findlay where ROBISON would pick them up. ROBISON stated that ROWOLD provided

$200.00 to pay for the transfer fee and ROBISON received the firearms on February 16, 2018. He further stated that he met ROWOLD at Wolfie's Carryout in Findlay (approximately 100 yards from ROWOLD'S residence on Adams St.) on February 16 and transferred the firearms to him. ROBISON further stated that they communicated by text messages and gave consent for agents to analyze his cellular phone. He also advised that he and ROWOLD frequently conducted business together. ROWOLD would purchase broken computer equipment and provide it to ROBISON. ROBISON would fix the computers and ROWOLD would sell them overseas. ROBISON stated that ROWOLD told him a few days after the exchange of the 50 lower receivers that the low receivers had been packed up and shipped off.

7. On this same date, through further investigation, agents determined that Richard ROWOLD had prior federal and state felony convictions for Mail Fraud, Wire Fraud, and Criminal Recklessness. Agents located ROWOLD at the Walmart in Findlay, OH. SA Justin Chamberlain and SA Anderson made contact with ROWOLD and explained the situation. The agents requested consent to search ROWOLD'S residence and ROWOLD provided written consent for the agents to do so. The conversation was audio recorded by the agents. ATF agents traveled to 908 Adams St. Apt F Findlay, OH and ROWOLD arrived in his own vehicle. Upon entering the apartment, the agents observed a large box just inside the front door. The box had a receipt affixed to the outside which showed that ROWOLD had purchased the receivers for approximately $1700.00 and they were to be delivered to ROBISON. Inside the box, were 15 of the 50 receivers initially received by ROBISON. The agents also observed a desktop computer (which was on) in the living room and a laptop computer in the bedroom. Numerous cellular phones were also seen throughout the apartment as well as numerous letters addressed to ROWOLD at 908 Adams St. Apt F. Additionally, large amounts of FedEx boxes, labels, envelopes, packing tape, etc. were strewn throughout the apartment.

8. Based on the above circumstances a federal search warrant was obtained and executed at 908 Adams St. Apt F Findlay, OH in the early morning hours of March 3, 2018.

9. ATF SA Dennis Bennett conducted an interstate nexus on the 15 Anderson AM-15 lower receivers, model AM-15, "multi-caliber" frame/receivers with the following serial numbers: 18012607, 18012608, 18012609, 18012617, 18012618, 18012619, 18012627, 18012628, 18012629, 18012637, 18012638, 18012639, 18012647, 18012648 & 18012649. In the opinion of SA Bennett, the stated firearms were manufactured outside the state of Ohio in the state of Kentucky, therefore the firearm traveled in interstate or foreign commerce.

10. ROWOLD is prohibited from possessing a firearm or ammunition because he was previously convicted of Mail Fraud, in 1980 in case number FRC 80-00008, in United State District Court, Northern District of Indiana; Criminal Recklessness in case number 91-SF-425, a felony in Allen Superior Court, Fort Wayne, IN; and Wire

    Fraud, in 2001 in case number 3:00cr746, in United State District Court, Northern District of Ohio, Toledo, Ohio.

11. Based upon the information above, there is probable cause to believe that RICHARD LEE ROWOLD, a convicted felon, was in possession of 15 Anderson AM-15 lower receivers, model AM-15, "multi-caliber" frame/receivers bearing serial numbers: 18012607, 18012608, 18012609, 18012617, 18012618, 18012619, 18012627, 18012628, 18012629, 18012637, 18012638, 18012639, 18012647, 18012648 & 18012649, firearms manufactured outside the state of Ohio, in violation of Title 18, U.S.C. § 922(g)(1) (convicted felon in possession of a firearm).

                                                             SA Jimmie Pharr (ATF)

Sworn to and subscribed before me this  11th  day of June, 2018.

James R. Knepp, II
United States Magistrate Judge