FILED

2018 JUL 11 PM 4: 00

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | **3:18 CR 387** |
| | ) | **JUDGE CARR** |
| v. | ) | CASE NO. MAG. JUDGE KNEPP |
| | ) | Title 18, Sections 922(a)(6), and |
| RICHARD L. ROWOLD, | ) | 922(g)(1), and 2, United States |
| STEVEN J. ROBISON, | ) | Code |
| | ) | |
| Defendants. | ) | |

COUNT 1
(False Statement in the Acquisition of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury charges:

On or about February 12, 2018, in the Northern District of Ohio, Western Division, Defendants RICHARD L. ROWOLD and STEVEN J. ROBISON, in connection with the acquisition of firearms, to wit: 50 Anderson AM-15 lower receivers, purchased online and delivered to Jaqua's Fine Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements intended and likely to deceive the firearms dealer with respect to any fact material to the lawfulness of such acquisition of a firearm, that is: STEVEN J. ROBISON falsely answered "yes" to the question of whether he was the actual purchaser of the firearms, when, in fact, RICHARD L. ROWOLD was the actual purchaser; all in violation of 18 U.S.C. §§ 922(a)(6) and 2.

ORIGINAL

<u>COUNT 2</u>
(Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about March 2, 2018, in the Northern District of Ohio, Western Division, the Defendant, RICHARD L. ROWOLD, having previously been convicted of crimes punishable by a term of imprisonment exceeding one year, to wit: Mail Fraud, on or about November 3, 1980, in Case Number FCR 80-00008, in the United States District Court for the Northern District of Indiana; Criminal Recklessness, on or about May 21, 1992, in Case Number 02D04-9107-CF-426, in Allen County Superior Court; and Wire Fraud, on or about April 2, 2000, in Case Number 3:00CR746, in the United States District Court for the Northern District of Ohio, Western Division, knowingly possessed in and affecting commerce 15 firearms, to wit: 15 Anderson, model AM-15, lower receivers, bearing serial numbers: 1801207, 1801208, 1801209, 1801217, 1801218, 1801219, 1801227, 1801228, 1801229, 1801237, 1801238, 1801239, 1801247, 1801248, and 1801249, which had each been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.