# Report of Investigation

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| STEVEN J ROBISON (NICS - DELAYED) et al | 773060-18-0059 | 1 |

## SUMMARY OF EVENT:

<u>NICS DELAYED # 100J64NCR- STEVEN JERRY ROBISON:</u> In February of 2018, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Toledo Field Office received Federal Bureau of Investigations (FBI) NICS Delayed case #100J64NCR, regarding Steven J. ROBISON. ROBISON purchased firearms on February 12, 2018, from Jaqua's Fine Guns, Inc., an FFL in Findlay, Ohio 45840. The firearms were transferred on February 16, 2018.

## NARRATIVE:

1. On February 12, 2018, ROBISON completed an ATF form 4473 for the purchase of 50 Anderson receivers, model AR-15, serial numbers 18012600-18012649 at Jaqua's Fine Guns, Inc., located in Findlay, Ohio. The FFL conducted the required FBI NICS query and the transfer of the firearms was placed on delayed status. On February 16, 2018, after the required waiting period, Jaqua's Fine Guns, Inc. transferred the firearms to ROBISON.

2. On February 19, 2018, the FBI NICS center contacted Jaque's Fine Guns, Inc. and informed Jaque's Fine Guns, Inc. that ROBISON was prohibited from possessing firearms. Per the FBI NICS center ROBISON was prohibited from possessing firearms due to an Assault (M1) (Section No. 2903.13 of the Ohio Revised Code) conviction on November 30, 2005 in Findlay Municipal Court, case #05CRB01252 Findlay, Ohio. ROBISON was also later convicted of Aggravated Disorderly Conduct (Section No. 2917.11A1E of the Ohio Revised Code) on April 1, 2009 in Findlay Municipal Court, case #08CRB01573, Findlay, Ohio.

3. ROBISON is further identified as:
   ROBISON, Steven J.
   ■■■■ Findlay, Ohio
   W/M, 6'00"/250lbs

4. On February 22, 2018, SA Pharr reviewed ROBISON's criminal history and court documents. After reviewing ROBISON's court documents SA Pharr contacted Columbus Field Division counsel, Dianna Bessemer, for a confirmation on ROBISON's status as a prohibited person.

| Prepared by: Jimmie Pharr | Title: Special Agent, Toledo Field Office | Signature: [signed] | Date: 7-3-18 |
|---|---|---|---|
| Authorized by: Michael S. Medlin *CHRIS REED ARAC* | Title: Resident Agent in Charge, Toledo Field Office | Signature: [signed] | Date: 7-3-18 |
| Second level reviewer (optional): Trevor A. Velinor | Title: Special Agent in Charge, Columbus Field Division | Signature: | Date: |

DEFENDANT'S EXHIBIT A-1

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| STEVEN J ROBISON (NICS - DELAYED) et al | 77306 -0059 | 1 |

5. On February 27, 2018, SA Pharr received confirmation from Columbus Field Division counsel, Dianna Bessemer, of ROBISON's status as a prohibited person. ROBISON is a prohibited person due to the prior listed convictions, as stated above.