GOVT-00099

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: STEVEN J ROBISON (NICS - DELAYED) et al | Investigation Number: 773060-18-0059 | Report Number: 8 |
| --- | --- | --- |

## SUMMARY OF EVENT:

Firearms Interstate Nexus Statement.

## NARRATIVE:

On March 13, 2018, ATF Special Agent (SA) Dennis Bennett examined 15 frame/receivers provided by SA Jimmie Pharr to determine their origin and status as to travel in interstate and/or foreign commerce. The frame/receivers are described as follows:

Fifteen (15), Anderson Manufacturing, model AM-15, "multi-caliber" frame/receivers with the following serial numbers: 18012607, 18012608, 18012609, 18012617, 18012618 18012619, 18012627, 18012628, 18012629, 18012637, 18012638, 18012639, 18012647, 18012648 & 18012649.

These frame/receivers were researched by referencing the Bureau of Alcohol, Tobacco & Firearms list of firearm manufacturers, the *Blue Book of Gun Values* (Thirty-Second Edition), the *Gun Trader's Guide* (Thirty-Third Edition), as well as other sources. These references are widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms. They are routinely relied upon to determine the place of manufacture of firearms.

## FINDINGS:

Based upon the information provided, in conjunction with the research, knowledge and experience of SA Bennett, it is his opinion that:

The above-mentioned frame/receivers were manufactured in Kentucky.

## CONCLUSIONS:

The weapons identified above are firearms as defined in Title 18, United States Code (U.S.C.), Chapter 44, Section 921(a)(3) and were not manufactured in the State of Ohio.

## OPINION:

It is the opinion of SA Bennett that if these firearms were received and/or possessed in the State of Ohio, they traveled

| Prepared by: Dennis D. Bennett | Title: Special Agent, Toledo Field Office | Signature | Date: 3/3/18 |
| --- | --- | --- | --- |
| Authorized by: Michael S. Medlin | Title: Resident Agent in Charge, Toledo Field Office | Signature | Date: 04/04/1. |
| Second level reviewer (optional) Trevor A. Velinor | Title: Special Agent in Charge, Columbus Field Division | Signature | Date: |

Page 1 of 2

DEFENDANT'S EXHIBIT
**B-1**

ATF EF 3120.2 (10-2004)
For Official Use Only

GOVT-00100

| Title of Investigation: | Inves* | Number: | Report Number: |
|---|---|---|---|
| STEVEN J ROBISON (NICS - DELAYED) et a. | 7730. | 3-0059 | 8 |

in interstate commerce.

**ATTACHMENT:**
Statement of Qualifications

DEFENDANT'S
EXHIBIT

**B-2**

ATF EF 3120.2 (10-2004)
For Official Use Only

## STATEMENT OF QUALIFICATIONS

Dennis D. Bennett, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives
Toledo, Ohio

I, Dennis D. Bennett, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so employed since July 1999. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, and training. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. Prior to my employment as a Special Agent, I was employed as an Inspector with ATF for eight years. As an inspector with ATF, my duties included the inspection of the records, inventory and operations of hundreds of Federal firearms licensee's, to include licensed dealers, licensed manufacturers of firearms and ammunition, licensed importers and licensed collectors, to ensure their compliance with all Federal firearms laws and regulations.

3. While performing these duties as both a Special Agent and Inspector, I have examined thousands of firearms and hundreds of rounds of ammunition for the purposes of determining the manufacturer, model, caliber or gauge, and serial number. This includes the place of manufacture, function and design of the firearms and ammunition, and/or its status as related to the National Firearms Act.

4. That I have contacted the ATF National Tracing Center on hundreds of occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearms identification and tracing.

5. That I have been in routine contact with firearm manufacturers, importers, wholesalers, and dealers who are licensed by ATF, as well as the general public, regarding their licensing application, the acquisition and disposition of firearms and ammunition and the interstate/intrastate transfer of firearms.

DEFENDANT'S
EXHIBIT
**B-3**

GOVT-00102

- 2 -

6.  That I have received formal training in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

> Basic I, Inspector Training, ATF National Academy, Glynco, Georgia
> Basic II, Inspector Training, ATF National Academy, Glynco, Georgia
> Firearms Trafficking Techniques, St. Louis, Missouri
> Basic Criminal Investigator Training, Federal Law Enforcement Training Center, Glynco, Georgia
> New Professional Training, ATF National Academy, Glynco, Georgia
> Firearms Interstate Nexus Training, ATF Headquarters, Washington, D.C.

During the Firearms Interstate Nexus Training Course in Washington, D.C., I personally examined the ATF Firearms Technology Branch's Reference Collection which includes approximately 6,000 firearms.

7.  That I have attended Advanced Interstate Nexus Training in Firearms. That during this training I toured the manufacturing operations of Sturm, Ruger & Company, H & R 1871, Smith & Wesson, Savage Arms, Marlin Firearms, O.F. Mossberg & Sons, United States Firearms Manufacturing Company, and Colt Defense. During this training I also toured the Springfield Armory Museum.

8.  That I have attended Advanced Interstate Nexus Training in Ammunition. That during this training I toured the manufacturing operations of Remington Arms Company, Fiocchi Ammunition, Starline, Inc., Sierra Bullets, and Lake City Army Ammunition Plant.

9.  That I maintain current information regarding a historical list of licensed United States and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries, and that I maintain contact with experts in the field of identification, origin and history of firearms.

DEFENDANT'S EXHIBIT

B-4

GOVT-00103

- 3 -

10. That I have been qualified as an expert regarding the origin, classification and movement of firearms in interstate/foreign commerce in both the Northern Judicial District of Ohio and the Southern Judicial District of Ohio. I have also been qualified as an expert in the required records maintained by Federally licensed firearm dealers in the Northern Judicial District of Illinois.

11. That my expertise relative to the various disciplines of firearms and ammunition has been requested and recognized by the following agencies:

> Bureau of Alcohol, Tobacco, Firearms & Explosives
> United States Secret Service
> Drug Enforcement Administration
> Federal Bureau of Investigation
> Toledo Police Department
> Lucas County Sheriff's Office
> Lima Police Department
> Allen County Sheriff's Office
> Ohio Bureau of Criminal Identification and Investigation

12. That for over 30 years, I have had a personal interest in the history, collection, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as, but not limited to: *NRA Firearms Fact Book, Blue Book of Gun Values (Thirty-Second Edition), Gun Traders Guide (Thirty-Third Edition), Gun Digest, The Illustrated Encyclopedia of Handguns, Cartridges of the World, Flayderman's Guide to Antique American Firearms, and Rifles of the World*, in order to remain familiar with firearms and firearm trends.

Dennis D. Bennett

DEFENDANT'S
EXHIBIT

B-5