**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| STEVEN J ROBISON (NICS - DELAYED) et al | 773060-18-0059 | 22 |

## SUMMARY OF EVENT:

**RECEIPT OF INFORMATION:** In March of 2018, Bureau of Alcohol, Tobacco, Firearms and Explosives, Special Agent (SA) Jimmie Pharr received information from Anderson Manufacturing, regarding Richard ROWOLD.

## NARRATIVE:

1. In March of 2018, Bureau of Alcohol, Tobacco, Firearms and Explosives, Special Agent (SA) Jimmie Pharr received information from Anderson Manufacturing, regarding Richard ROWOLD, via a grand jury subpoena return. Upon reviewing the information received, SA Pharr observed invoice #176904 which indicated an order of one pack of fifty AM-15 stripped lower receivers. The invoice indicated a billing address to Richard ROWOLD and a shipping address to Steven ROBISON. Also observed were serial numbers 18012600 through 18012649 and Jaqua's Fine Guns, Inc. Federal Firearms License.

## ATTACHMENT:

Anderson Manufacturing Invoice #176904
Jaqua's Fine Guns, Inc. Federal Firearms License

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Jimmie Pharr | Special Agent, Toledo Field Office | | 6-19-18 |
| Authorized by: Michael S. Medlin | Resident Agent in Charge, Toledo Field Office | | 06/19/18 |
| Second level reviewer (optional): Trevor A. Velinor  /FOR | Special Agent in Charge, Columbus Field Division | | 06/19/18 |

Page 1 of 1

DEFENDANT'S EXHIBIT C-1

ATF EF 3120.2 (10-2004)
For Official Use Only

3/22/2018  Anderson Manufacturing - Invoice 176904



## Invoice 176904 for order 176904
Order Date: February 2, 2018

**Anderson Manufacturing**
1743 Anderson Blvd.
Hebron, Kentucky 41048
Main Office: 859.689.4085
Customer Service: Ext. 119
Fax: 859.689.4110

**Split:** Inside
**Rep:**
**CFD:**
**E2 No:**

**FFL License Number:** NO FFL
**FFL Expires:**
**FFL Type:** 01 Dealer in Firearms Other Than Destructive Devices (includes Gunsmiths)

### Billing Address

Richard ROWOLD
Lowden Products, LLC

Findlay, OH 45840

### Shipping Address

Steven Robison
Jaqua's Fine Guns
900 East Bigelow AVE
Findlay, OH 45840

| SKU | Product | Quantity | Price |
|---|---|---|---|
| G2-K1067-AA00 | AM-15 Stripped Lower Receiver - 50 Pack | 1 | $1,709.53 |

| | |
|---|---|
| Subtotal: | $1,709.53 |
| Shipping: | $15.41 via Ground (UPS) |
| Payment method: | Credit Card |
| Total: | $1,724.94 |

### Customer Details

- Email:
- Phone:

*Jaqua's Fine Guns for FFL*


DEFENDANT'S EXHIBIT C-2

18012600
18012601
18012602
18012603
18012604
18012605
18012606
18012607
18012608
18012609
18012610
18012611
18012612
18012613
18012614
18012615
18012616
18012617
18012618
18012619
18012620
18012621
18012622
18012623
18012624
18012625
18012626
18012627
18012628
18012629
18012630
18012631
18012632
18012633
18012634
18012635
18012636
18012637
18012638
18012639
18012640
18012641
18012642
18012643
18012644
18012645
18012646
18012647
18012648
18012649

Serial Numbers

DEFENDANT'S EXHIBIT
C-3

FROM :            FAX NO. :4194223575       Feb. 03 2018 04:11PM P1

**Jaqua's Fine Guns Inc.**
SINCE 1946
*Three Generations of Personalized Service*

900 E. Bigelow Avenue
Findlay, Ohio 45840
Phone (419) 422-0912
Fax (419) 422-3575
Web: www.jaquas.com

---

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Federal Firearms License**
(18 U.S.C. Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51. See "WARNINGS" and "NOTICES" on reverse.

Direct ATF Correspondence To:
ATF - Chief, FFLC
244 Needy Road
Martinsburg, WV 25405-9431

Chief, Federal Firearms Licensing Center (FFLC)
*Tracy Robertson*

License Number: **4-34-063-08-0E-18859**
Expiration Date: **May 1, 2020**

Name: JAQUA'S FINE GUNS INC

*File Copy Only*
*No Face to Face Transfers*

Premises Address (Changed? Notify the FFLC at least 30 days before the move.)
900 EAST BIGELOW AVE
FINDLAY, OH 45840-0000

Type of License:
08-IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

Purchasing Certification Statement
The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Licensee/Responsible Person Signature
Position/Title: B.Ekv
Printed Name: Ellerbrock
Date: 3/28/17

Mailing Address (Changed? Notify the FFLC of any changes.)
JAQUA'S FINE GUNS INC
900 EAST BIGELOW AVE
FINDLAY, OH 45840-0000

ATF Form 8 (5310-11)

Order No. 176904

*Trading in Quality Firearms Since 1946*

DEFENDANT'S EXHIBIT C-4