GOVT-00093



**Jaqua's FINE GUNS INC.**
SINCE 1946

**Three Generations of Personalized Service**
900 E BIGELOW AVENUE    FINDLAY, OH 45840
(419) 422-0912 | Fax (419) 422-3575 | www.jaquas.com

Office Reprint

# Invoice # 100575

**DEFENDANT'S EXHIBIT D-1**

| SOLD TO | STEVEN J. ROBISON |
| --- | --- |
| | FINDLAY, OH 45840 |

| SHIP TO | STEVEN J. ROBISON |
| --- | --- |
| | FINDLAY, OH 45840 |

| Account Locator | REP | PO Number | Ship Via | Terms | Invoice Date | Page |
| --- | --- | --- | --- | --- | --- | --- |
| ROBISON S | JS | | Pickup | Cash | 02/16/2018 | 2 of 4 |

| Quantity | Item | Description | Unit Price | Total Price | Tax |
| --- | --- | --- | --- | --- | --- |
| | | Serial #: 18012613 | | | |
| 1 | 150230 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012614 | $0.00 | $0.00 | Y |
| 1 | 150231 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012615 | $0.00 | $0.00 | Y |
| 1 | 150232 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012616 | $0.00 | $0.00 | Y |
| 1 | 150233 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012617 | $0.00 | $0.00 | Y |
| 1 | 150234 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012618 | $0.00 | $0.00 | Y |
| 1 | 150235 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012619 | $0.00 | $0.00 | Y |
| 1 | 150236 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012620 | $0.00 | $0.00 | Y |
| 1 | 150237 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012621 | $0.00 | $0.00 | Y |
| 1 | 150238 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012622 | $0.00 | $0.00 | Y |
| 1 | 150239 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012623 | $0.00 | $0.00 | Y |
| 1 | 150240 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012624 | $0.00 | $0.00 | Y |
| 1 | 150241 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012625 | $0.00 | $0.00 | Y |
| 1 | 150242 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012626 | $0.00 | $0.00 | Y |
| 1 | 150243 | ANDERSON, AR15 STRIPPED LOWER | $0.00 | $0.00 | Y |

5 day return policy on all firearms if returned in same condition. 5% restocking fee if paid by credit card. Shipping and transfer fees are not refundable. Full payment required on layaways within 30 days. Special order and layaway deposits are nonrefundable.

# Invoice # 100575



**Three Generations of Personalized Service**
900 E BIGELOW AVENUE     FINDLAY, OH  45840
(419) 422-0912 | Fax (419) 422-3575 | www.jaquas.com



DEFENDANT'S EXHIBIT
**D-2**

**SOLD TO**  STEVEN J. ROBISON
FINDLAY, OH  45840

**SHIP TO**  STEVEN J. ROBISON
FINDLAY, OH  45840

| Account Locator | REP | PO Number | Ship Via | Terms | Invoice Date | Page |
|---|---|---|---|---|---|---|
| ROBISON S | JS | | Pickup | Cash | 02/16/2018 | 3 of 4 |

| Quantity | Item | Description | Unit Price | Total Price | Tax |
|---|---|---|---|---|---|
| | | RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012627 | | | |
| 1 | 150244 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012628 | $0.00 | $0.00 | Y |
| 1 | 150245 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012629 | $0.00 | $0.00 | Y |
| 1 | 150246 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012630 | $0.00 | $0.00 | Y |
| 1 | 150247 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012631 | $0.00 | $0.00 | Y |
| 1 | 150248 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012632 | $0.00 | $0.00 | Y |
| 1 | 150249 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012633 | $0.00 | $0.00 | Y |
| 1 | 150250 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012634 | $0.00 | $0.00 | Y |
| 1 | 150251 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012635 | $0.00 | $0.00 | Y |
| 1 | 150252 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012636 | $0.00 | $0.00 | Y |
| 1 | 150253 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012637 | $0.00 | $0.00 | Y |
| 1 | 150254 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012638 | $0.00 | $0.00 | Y |
| 1 | 150255 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012639 | $0.00 | $0.00 | Y |
| 1 | 150256 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New<br>Serial #: 18012640 | $0.00 | $0.00 | Y |

5 day return policy on all firearms if returned in same condition. 5% restocking fee if paid by credit card. Shipping and transfer fees are not refundable. Full payment required on layaways within 30 days. Special order and layaway deposits are nonrefundable.

Page 3 of 4



Office Reprint

# Invoice # 100575

**Jaqua's FINE GUNS INC.**
SINCE 1946

Three Generations of Personalized Service
900 E BIGELOW AVENUE    FINDLAY, OH  45840
(419) 422-0912 | Fax (419) 422-3575 | www.jaquas.com

DEFENDANT'S EXHIBIT
**D-3**

**SOLD TO** STEVEN J. ROBISON
[redacted]
FINDLAY, OH  45840

**SHIP TO** STEVEN J. ROBISON
[redacted]
FINDLAY, OH  45840

| Account Locator | REP | PO Number | Ship Via | Terms | Invoice Date | Page |
|---|---|---|---|---|---|---|
| ROBISON S | JS | | Pickup | Cash | 02/16/2018 | 4 of 4 |

| Quantity | Item | Description | Unit Price | Total Price | Tax |
|---|---|---|---|---|---|
| 1 | 150257 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012641 | $0.00 | $0.00 | Y |
| 1 | 150258 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012642 | $0.00 | $0.00 | Y |
| 1 | 150259 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012643 | $0.00 | $0.00 | Y |
| 1 | 150260 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012644 | $0.00 | $0.00 | Y |
| 1 | 150261 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012645 | $0.00 | $0.00 | Y |
| 1 | 150262 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012646 | $0.00 | $0.00 | Y |
| 1 | 150263 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012647 | $0.00 | $0.00 | Y |
| 1 | 150264 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012648 | $0.00 | $0.00 | Y |
| 1 | 150265 | ANDERSON, AR15 STRIPPED LOWER RECEIVER, , MULTI-BBL, , New  Serial #: 18012649 | $0.00 | $0.00 | Y |
| 1 | MISC | TRANSFER FEE | $200.00 | $200.00 | N |

COMMENTS:

| | |
|---|---|
| Net Amount | $200.00 |
| Sales Tax | $0.00 |
| Freight | $0.00 |
| **Total** | **$200.00** |

5 day return policy on all firearms if returned in same condition. 5% restocking fee if paid by credit card. Shipping and transfer fees are not refundable. Full payment required on layaways within 30 days. Special order and layaway deposits are nonrefundable.

Page 4 of 4